IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

AIS #298582 AL-DOC

Larry Roger Baisden II )
Full name and prison number )
of plaintiffs(s) )
)
RECEIVED
2019 APR 24 A 10: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

v.                         ) CIVIL ACTION NO. 2:19-CV-291-WHA-SM
Kilby Correctional Facility, et.al, ) (To be supplied by Clerk of
                           ) U.S. District Court)
_____ )
_____ )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( )  NO (X)
     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (X)  NO ( )
     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.  Parties to this previous lawsuit:
              Plaintiff(s) Corizon LLC, Civil Action CV-2016-244

              Defendant(s) Corizon LLC, et.al,

          2.  Court (if federal court, name the district? if
              state court, name the county) in the Middle district of AL
              Elmore County

3. Docket number CV-2016-244-WKW

4. Name of judge to whom case was assigned N/A

in Seg - With no property or legal paperwork

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) still pending

6. Approximate date of filing lawsuit April 2016

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Staton Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

 NAME / ADDRESS
1. Kilby Correctional Facility    P.O. Box 150, Mt. Meiggs AL, 36057
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 10th 2019

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Poor living conditions, bugs, roaches, etc

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Every time a meal is served have to kill roaches to keep them from getting to the trays they slide through the tray hole. The only time they bring anything for us to clean our cells is 1 hour befor the Seg-board comes around.

GROUND TWO: Cruel and Un-usual punishment

SUPPORTING FACTS: Keep us locked in our cells 24 hours a day. We are supposed to get 1 hour a day out of our cell for a walk, they only do a walk list Mon-through Fri - no walk at all Sat-or Sun. 48 hour straight in the cell. When they do the walk list its early like 6:00 AM un-announced they come by with a list and its hard to catch them to get on it then if your up and your neighbor is asleep but you know they want to go out on the walk you get in trouble for waking them up.

GROUND THREE: Neglect

SUPPORTING FACTS: No access to request form, sick call slips, etc. I have been back here since May 15th, I'm an indigent inmate all property @ Staton they havent gave me a laundry bag or clothes or Hygeine products yet, been washing my clothes in the toilet and hanging them on a line to dry and having to trade food to other inmates for anything else I might need, toothbrush, toothpast, clothes etc. I have been allowed to use the payphone 1 time after 3 weeks of being back here and couldent get an answer. its been over a month now still havent been allowed to try again, I plan on selling my chicken Sunday for a stamp and envelope to write my family and notify them of where I am.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want 2,000 dollars a day for every day back here for mental anguish, and neglect.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 16th 2019 (Date).

Signature of plaintiff(s)

4

Larry Baisden #298382 C-16
Kilby Correctional Facility
P.O. Box 150
Mt. Muiggs AL, 36057



Legal Mail

Office of The Clerk
The United States District Court
One Church Street, Suite B-110
Montgomery AL, 36104-4018