M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 MAY -9   A 10: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry Roger Baisden, II
AIS 298382
_____
Full name and prison name of
Plaintiff(s)

v.

Kilby Correctional Facility,
Warden Bolling, et, al, and
the Seg. Board for AL-DOC,
et, al,
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:19-cv-00291-WHA-SMD
(To be supplied by Clerk of U.S. District Court)

Amended Complaint

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ NO ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:
Plaintiff(s) Larry Roger Baisden II   #298382

Defendant(s) Officer Dejarnette, to Corizon LLC, et, al,

2. Court (if federal court, name the district; if state court, name the county)
In The United States District Court
For The Middle district of Alabama

3. Docket number CV-549-MHT 2015   CV-2017-244-ECM

4. Name of judge to whom case was assigned GMB → ECM

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Baisden v. Dejarnette (Dismissed) (Baisden v. Corizon Still Pending)

6. Approximate date of filing lawsuit April 2015 → April 2017

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Kilby Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
--- | ---
1. Warden Bolling | Kilby Correctional Facility P.O. Box 150, Mt. Meiggs AL 36057
2. |
3. |
4. |
5. |
6. |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 10th 2019

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Mental Anguish, Having to kill roaches in my cell to keep them from getting to my food when trays are served.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Un-sanitary living Conditions, inmates are very rarly given the oppertunity to clean the cells we sleep in, this is very nasty and inhuman considering the fact we have to eat 3 x a day in these cells and shave with the clippers one time a week. The only time we recieve the oppertunity to clean the cells is every wedsday about 10 minutes before the seg. board comes through

GROUND TWO: Neglect

AR-434 Manual Also States No other inmate will handle another inmates mail, All mail is collected by inmates every morning after inmates serve us breakfast.

SUPPORTING FACTS: I am an indigent inmate and never recieve Hygiene Products such as toothbrush toothpaste, Deoderant etc. And Stationary items to write home stamps, envelopes, pens, paper etc. and I have been in lock up since March 15th 2019 I have collected all these items by selling food off my trays from other inmates. AR-434 Manual Also states inmates will recieve a verbal and writin orentation upon entering restrictive housing (seg) neither of the 2 were ever given.

GROUND THREE: Cruel and Un-usual Punishment

SUPPORTING FACTS: AR-434 Manual states inmates will be given the oppertunity to exercise without handcuffs on after being escorted to a Secure area. This is not true we are given the oppertunity to be escorted to a secure are to exercise but handcuffs remain with inmates hands cuffed behind the back the entire time with leg irons on as well. handcuffs are never removed untill we are locked back in our cell.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want $2000 for every day I have been exposed to these conditions for Neglect and Mental Anguish. I ask for an amended parole date and to be Granted my freedom. From The Alabama Department of Corrections.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7th 2019
         (Date)

_____
Signature of plaintiff(s)

Larry Batsden #298382 C-16
Kilby Correctional Facility
P.O. Box 150
Mt Meiggs AL 36057

Office of the Clerk
The United States District Court
For The Middle District of Alabama
One Church Street, Suit B-110
Montgomery AL 36104-4018

36104-40180I

FOR EVER / USA · MONTGOMERY AL 360 · 08 MAY 2019 · This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.