IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ROGER BAISDEN, II, #298382, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:19-CV-291-WKW [WO] |
| LEON BOLLING, | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

On March 5, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 28.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 28) is ADOPTED;

(2) Plaintiff's motion to dismiss (Doc. # 27) is GRANTED;

(3) This action is DISMISSED without prejudice; and

(4) No costs are taxed.

The Clerk of the Court is DIRECTED to close this action.

DONE this 27th day of March, 2020.

                                                /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE